Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
FRANK DANIELE

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FRANK DANIELE,

    Plaintiff,

v.

HUNT & HENRIQUES

and MICHAEL HUNT

and JANALIE HENRIQUES

d/b/a HUNT & HENRIQUES,

    Defendants.

Case No.: CV 12 3591

COMPLAINT AND DEMAND FOR JURY TRIAL

(Unlawful Debt Collection Practices)

## VERIFIED COMPLAINT

FRANK DANIELE ("Plaintiff"), by attorneys, KROHN & MOSS, LTD., alleges the following against HUNT & HENRIQUES and MICHAEL HUNT and JANALIE HENRIQUES d/b/a HUNT & HENRIQUES (collectively, "Defendants"):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* ("FDCPA").

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* ("RFDCPA").

## JURISDICTION AND VENUE

3. Jurisdiction of this Court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendants conduct business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in San Francisco, San Francisco County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendants, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendants MICHAEL HUNT and JANALIE HENRIQUES do business as HUNT & HENRIQUES in the State of California and are debt collectors as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant HUNT & HENRIQUES is a national company with offices in San Jose, California and sought to collect a consumer debt from Plaintiff.

## FACTUAL ALLEGATIONS

10. Defendants are collecting on a debt originally owed on a personal Citibank Master Card.

11. On or about May 15, 2012 and May 18, 2012, a representative of Defendants called Plaintiff at 415-759-5433, which is Plaintiff's place of employment.

12. On both occasions, the representative left Plaintiff messages, failing to disclose that the call was from or a debt collector or for purposes of debt collection. *See* Exhibit A –

Transcription.

13. Defendants' representative left a call back number of 800-496-5043. *See* Exhibit A – Transcription.

## COUNT I
## DEFENDANTS VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendants violated the FDCPA based on the following:

   a. Defendants violated *§ 1692e* of the FDCPA through the use of false, deceptive, or misleading representation or means in connection with the collection of any debt; and

   b. Defendants violated *§1692e(11)* of the FDCPA by using the deceptive practice of failing to inform Plaintiff that the representative of Defendants is a debt collector and the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose.

WHEREFORE, Plaintiff, FRANK DANIELE, respectfully requests judgment be entered against Defendants, HUNT & HENRIQUES and MICHAEL HUNT and JANALIE HENRIQUES d/b/a HUNT & HENRIQUES, for the following:

15. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

17. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

18. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

19. Defendants violated the RFDCPA based on the following:

    a. Defendants violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.* to wit: Section 1692e.

WHEREFORE, Plaintiff, FRANK DANIELE, respectfully requests judgment be entered against Defendant, HUNT & HENRIQUES and MICHAEL HUNT and JANALIE HENRIQUES d/b/a HUNT & HENRIQUES, for the following:

20. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

21. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

22. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, FRANK DANIELE, demands a jury trial in this cause of action.

                                  RESPECTFULLY SUBMITTED,

DATED: July 3, 2012         KROHN & MOSS, LTD.

                                  By:_____
                                  Ryan Lee

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF CALIFORNIA

Plaintiff, FRANK DANIELE, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, FRANK DANIELE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: May 2d, 2012                    _____
                                              FRANK DANIELE

# EXHIBIT A

May 15, 2012 at 03:01 PM


Frank Daniel, this is _____ from the Law Office of Hunt and Henriques. Kindly return my call to 800-496-5043, again the number is 800-496-5043. Thank you.


May 18, 2012 at 10:09 AM


Frank Daniel, this is _____ from the Law Office of Hunt and Henriques. Kindly return my call to 800-496-5043, again the number is 800-496-5043.